MICHAEL HOFFMAN, Bar No. 162496
CONOR D. MACK, Bar No. 253878
MICHAEL B. MOORE, State Bar No. 319001
ARENA HOFFMAN LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104-4828
Telephone:  415.433.1414
Facsimile:  415.520.0446
Email:  mhoffman@arenahoffman.com
        cmack@arenahoffman.com

Attorneys for Defendant
AUTOZONE, INC.

LAW OFFICES OF JILL P. TELFER
Jill P. Telfer, Esq. (SBN 145450)
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
Email:  jtelfer@telferlaw.com

Attorney for Plaintiff
GLENN BLACKMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BLACKMAN,<br><br>              Plaintiff,<br><br>  v.<br><br>AUTOZONE, INC., and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 2:17-cv-00659-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Expert discovery cutoff: October 12, 2018<br>Proposed expert cutoff:   October 19, 2018 |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through respective counsel and subject to Court approval, to the following:

1. On August 17, 2018, Plaintiff filed and served his disclosure of one expert witness. On September 12, 2018, Defendant served a subpoena and deposition notice to take the deposition of

STIPULATION RE EXPERT DISCOVERY CUTOFF; ORDER      CASE NO. 2:17-cv-00659-JAM-DB

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

1 Plaintiff's expert on September 26, 2018. The deadline to complete discovery, including expert discovery, expires on October 12, 2018.

2. On August 20, 2018, Plaintiff's counsel began a five-week trial. Plaintiff's counsel's trial was submitted to the jury on September 19, 2018; no verdict was reached as of September 25, 2018. Plaintiff's counsel also has planned a five-week vacation abroad, scheduled to begin on September 27, 2018. Plaintiff's counsel was therefore to unavailable for the deposition of Plaintiff's expert witness prior to expiration of the discovery cutoff.

3. Pursuant to Rule 16, the parties submit that good cause exists to briefly postpone the discovery cutoff for one week, until October 19, 2018, and for the limited purpose of completing the deposition of Plaintiff's expert witness. The parties have proceeded with reasonable diligence, and the brief extension will accommodate the professional and personal conflicts of counsel. No other extensions are requested, and modification of the Rule 16 order will not result in prejudice.

Dated: September 26, 2018

*/s/ Conor D. Mack*
MICHAEL HOFFMAN
CONOR D. MACK
ARENA HOFFMAN LLP
Attorneys for Defendant
AUTOZONE, INC.

Dated: September 26, 2018

*/s/ Jill P. Telfer*
JILL P. TELFER
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
Attorneys for Plaintiff
GLENN BLACKMAN

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414

STIPULATION RE EXPERT DISCOVERY CUTOFF; PROPOSED ORDER 2. CASE NO. 2:17-cv-00659-JAM-DB

# ORDER

Pursuant to stipulation and good cause appearing, the deadline to complete discovery is extended to October 19, 2018, for the purpose of taking the deposition of Plaintiff's expert.

IT IS SO ORDERED.

DATED: September 27, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 3520
San Francisco, CA 94104.4828
415.433.1414