1  MICHAEL HOFFMAN, Bar No. 162496
   CONOR D. MACK, Bar No. 253878
2  MICHAEL B. MOORE, State Bar No. 319001
   ARENA HOFFMAN LLP
3  220 Montgomery Street, Suite 905
   San Francisco, CA 94104
4  Telephone:   415.433.1414
   Facsimile:   415.520.0446
5  Email:       mhoffman@arenahoffman.com
                cmack@arenahoffman.com
6
7  Attorneys for Defendant
   AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BLACKMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AUTOZONE, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00659-JAM-DB<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL, REMOVE OR REPLACE DOCUMENTS**<br><br>Trial:　　March 25, 2019<br>Time:　　9:00 A.M.<br>Crtrm:　　6<br><br>Hon. John A. Mendez |

On March 18, 2019, Defendant AutoZone Inc., filed a Request to Seal, Remove or Replace Documents that were inadvertently filed without the appropriate redactions of personal identifiers. After considering the papers filed in support of the Request:

IT IS HEREBY ORDERED: Defendant's Request to Seal, Remove or Replace Documents is GRANTED. The Clerk is directed to remove Exhibits A – I in support of Defendant's Motions *In Limine* Nos. 1 – 8, currently filed as Docket Nos. 32-2 and 39-2 from the Docket.

Dated: 3/19/2019

　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cv-00659-JAM-DB