1 | MICHAEL HOFFMAN, Bar No. 162496
CONOR D. MACK, Bar No. 253878
2 | MICHAEL B. MOORE, Bar No. 319001
ARENA HOFFMAN LLP
3 | 220 Montgomery Street, Suite 905
San Francisco, CA 94104
4 | Telephone: 415.433.1414
Facsimile: 415.520.0446
5 | Email: mhoffman@arenahoffman.com

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BLACKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-00659-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. William B. Shubb |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

    IT IS HEREBY STIPULATED, by and between Plaintiff Glenn Blackman ("Blackman") and Defendant AutoZone, Inc. ("AutoZone"), through their attorneys of record and subject to Court approval, to the following:

    Pursuant to Fed. R. Civ. P. 41(a), Blackman and AutoZone agree to dismissal of the action with prejudice, with all parties to bear their own attorneys' fees and costs.

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

STIPULATION FOR DISMISSAL      Case No. 2:17-cv-00659-WBS-DB

Dated: October 29, 2019

/S/ Michael Hoffman
MICHAEL HOFFMAN
ARENA HOFFMAN LLP
Attorneys for Defendant
AUTOZONE, INC.

Dated: October 29, 2019

/S/ Jill P. Telfer
JILL P. TELFER
LAW OFFICES OF JILL P. TELFER
Attorneys for Plaintiff
GLENN BLACKMAN

## ORDER

Pursuant to stipulation and good cause appearing, the action is dismissed with prejudice and with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 29, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ARENA HOFFMAN LLP
220 Montgomery Street
Suite 905
San Francisco, CA 94104
415.433.1414

STIPULATION FOR DISMISSAL 2. Case No. 2:17-cv-00659-WBS-DB